No. 88–1941.  SHARIFINASSAB *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 88–1949.  NAN YA PLASTICS CORP. U. S. A. *v.* DESANTIS. Sup. Ct. Va.  Certiorari denied.

No. 88–1967.  ANDERSON *v.* SICKELS ET AL.  C. A. 4th Cir. Certiorari denied.

No. 88–1975.  BARROW *v.* HAWKINS ET AL.  C. A. 11th Cir. Certiorari denied.

No. 88–5077.  DICAPRIO *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 88–6376.  MONTERO *v.* MEYER ET AL.  C. A. 10th Cir. Certiorari denied.

No. 88–6627.  COSTELLO ET AL. *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 88–6930.  WARRICK *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 88–6947.  DIWAN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 88–7064.  IREDIA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 88–7098.  HARRIS *v.* JONES.  C. A. 6th Cir.  Certiorari denied.

No. 88–7110.  PANTOJA *v.* STATEVILLE CORRECTIONAL CENTER ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 88–7165.  JOHNSON *v.* KEGANS ET AL.  C. A. 5th Cir. Certiorari denied.

No. 88–7169.  MASON *v.* REES, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 88–7170.  MARQUEZ *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.